# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-mj-8501-WM

**UNITED STATES OF AMERICA**

**v.**

**SHANE DAVID ADAMS,**

   **Defendant.**
_____/



FILED BY_____SW_____D.C.

Sep 10, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## <u>CRIMINAL COVER SHEET</u>

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?    No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____

ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| SHANE DAVID ADAMS | ) Case No. |
| | ) |
| | )       25-mj-8501-WM |
| | ) |
| | ) |

*Defendant(s)*

FILED BY _____ SW _____ D.C.

**Sep 10, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___8/7/2025 to 9/5/2025___ in the county of ___Palm Beach___ in the
___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2) and (b)(1) | Distribution of child pornography after a previous conviction |
| 18 U.S.C. 2422(b) | Attempted enticement of a minor to engage in criminal sexual activity |

This criminal complaint is based on these facts:

Please see the attached affidavit of Special Agent Aisha Rahman, Homeland Security Investigations ("HSI"), attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

Sworn and attested to me by
applicant by telephone (FaceTime) per
the requirements of Fed. R. Crim. P.
4(d) and 4.1

AISHA A RAHMAN    Digitally signed by AISHA A RAHMAN
Date: 2025.09.10 17:03:55 -04'00'

*Complainant's signature*

Special Agent Aisha Rahman, HSI

*Printed name and title*

Date: ___09/10/2025___

*William Matthewman*
*Judge's signature*

City and state: ___West Palm Beach, Florida___    Hon. William Matthewman, Chief U.S. Magistrate Judge

*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Aisha Rahman, being first duly sworn, hereby depose and state as follows:

## <u>INTRODUCTION AND AGENT BACKGROUND</u>

1.      I have been employed as a Special Agent with Homeland Security Investigations since August 2020. Prior to federal employment, I worked for the Port St. Lucie (Florida) Police Department for nearly five-and-a-half years, serving in the capacity of a Police Officer, and a Persons Crimes Detective. Among my responsibilities as an HSI Special Agent, I am trained and empowered to investigate crimes against the United States, as more fully described in Titles 8, 18, 19 and 21 of the United States Code, amongst others. This includes investigating crimes against children, particularly offenses involving child pornography and the exploitation of children, including but not limited to matters related to the sexual exploitation of minors, Internet child pornography, and offenses in violation of Title 18, United States Code, Sections 2251, 2252, 2252A, and 2422 et. seq. I have attended and received training in this area of law enforcement, and have both personally investigated, as well as assisted, in investigations involving the exploitation of children. I have also spoken with and investigated many individuals who have sexually abused children. From those conversations, I am aware of common methods individuals use to sexually exploit children online.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

3.      This affidavit is based upon my own knowledge, as well as information provided to me by other law enforcement officers. The information set forth in this affidavit is not intended

1

to detail all facts and circumstances of the investigation known by me or other law enforcement personnel. Rather, this affidavit serves solely to establish that there is probable cause to believe that Shane David **ADAMS** (a.k.a. "sitterlooking," a.k.a. "here4fun1414," a.k.a. "Shaner1487," a.k.a. "S A") violated 18 U.S.C. § 2252A(a)(2) and (b)(1) (distribution of child pornography after a previous conviction) and 18 U.S.C. § 2422(b) (attempted enticement of a minor to engage in illicit sexual activity).

## <u>BACKGROUND ON KIK</u>[1]

4.      Kik Messenger, acquired by MediaLab in California in 2019, is a chat application for mobile devices in which users can send text messages, pictures, and videos to other users. Users can communicate directly with an individual or with multiple users in a group chat. When signing up for a Kik account, a user supplies an email address (which does not have to be verified), a unique username, and a display name that is seen when chatting with others. A user can also supply a phone number, date of birth, and other information. In creating Kik accounts, users tend to not use their real names or date of birth and will create an email account only to use to verify the Kik account.

5.      Through my training and experience, I have identified that Kik is frequently used to facilitate, distribute, access, view, find, and discuss child pornography. This is accomplished by individuals creating groups or finding other Kik users interested in child pornography. Child pornography is frequently shared within Kik by users posting the images or videos of child

---

[1] MediaLab.AI, Inc. produces a Kik Law Enforcement Guide that is publicly available online and describes material they maintain and can provide through the execution of lawful service. *See* https://lawenforcement.kik.com/hc/en-us/article_attachments/360050822711/Kik_Law_Enforcement_Guide.pdf. This guide and knowledge of other law enforcement operations has provided your affiants with the information being requested of MediaLab.ia, Inc.'s Kik application in this application and attachment B to the search warrant.

pornography directly to the group or providing a "link," which will direct the Kik user to various online storage facilities where the images and videos of child pornography are stored.

## STATUTORY AUTHORITY AND DEFINITIONS

6. This investigation concerns alleged violations of 18 U.S.C. § 2252A relating to material involving child pornography.

a. 18 U.S.C. § 2252A(a)(2) prohibits knowingly receiving or distributing any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer;

b. "Child pornography" includes any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct; (b) the visual depiction was a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct; or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. § 2256(8).

c. "Sexually explicit conduct" applies to visual depictions that involve the use of a minor, *see* 18 U.S.C. § 2256(8)(A), or that have been created, adapted, or modified to appear to depict an identifiable minor, *see* 18 U.S.C. § 2256(8)(C). In those contexts, the term refers to actual or simulated (a) sexual intercourse (including genital-genital, oral-genital, or oral-anal), whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person. *See* 18 U.S.C. § 2256(2)(A).

**PROBABLE CAUSE**

7.     A Homeland Security Investigations ("HSI") West Palm Beach ("WPB") undercover Special Agent acted in an undercover capacity online on the mobile messaging application "Kik" to detect and investigate violations of federal law related to the sexual exploitation of children. The UC assumed the persona of an adult mother with a notional nine-year-old daughter. The UC was monitoring numerous chatrooms including those created for individuals to discuss their interests in "taboo" sex, family incest, child pornography, and the like, to combat the sexual abuse of children. The UC is located within the Southern District of Florida and communicated with ADAMS as described herein while within the Southern District of Florida. At all times relevant to the distributions cited, the UC was located within the Southern District of Florida.

8.     On August 7, 2025, shortly after 12pm, the UC joined a Kik chatroom for open moms and daughters. There were just under 100 members in the chatroom. On the same date at about 12:45pm, the UC received a private message from Kik user "sitterlooking." The user was also a member of that chatroom. The user's profile photo was of what appeared to be the Ohio State Buckeye football stadium. Kik indicated that the account was active for 12 days. This user was later identified as Shane David ADAMS, a registered sex offender in Ohio. The user will be referred to as ADAMS.

9.     ADAMS introduced himself as a 48-year-old male in the United States and stated that he loves taboo stuff "Mom/dau dad/dau mom/son" and asked the UC if she had a little girl. The UC shared she has a 9-year-old daughter. ADAMS stated he was "looking for a single mom to accept me into their loving family" and asked if the UC was "active or fantasy". The UC asked

4

if he was looking for this for "rp or irl" (roleplay or in real life). ADAMS replied, "Both. Fun age", and that the age range of "7-12" is great.

10.     ADAMS asked the UC what she does with her daughter, when she started, and asked if she has had a "man touch her" (the child). The UC told him that her child has only been with her so far. ADAMS asked, "Would you like to see her with a cock"? The UC said if she came across the right person one day, she would consider it. ADAMS said that made sense, asked where in the U.S. the UC was, and said that this was a tough conversation to bring up in real life. He shared that he is from central Ohio, and the UC said she was from Florida.

11.     ADAMS shared that he is divorced, single, lives alone, is an Ohio State Buckeyes football fan, is a buyer for manufacturing company and does inventory, and travels to Orlando, Florida every February for work. He further stated he has been into "taboo" for the last fifteen to twenty years, and his stepdaughter is what got him into it. The UC asked how old his stepdaughter was when he was "into her." He said, "It wasn't on purpose. I just started getting hard when we would play or she sat on my lap. 8ish". He then asked the UC how she started with her daughter. The UC replied, "In the shower". He said "Good place. Rubbing?" The UC said "Yeah". ADAMS replied, "What all have you done. FYI this is getting me hard". The UC did not respond.

12.     ADAMS continued to re-initiate conversations with the UC and often asking questions about the notional child. On August 8, 2025, he asked the UC if she had a favorite thing to do to her child or her child to do to the UC. He also asked the UC if she uses any sex toys on the child, and if she has tried them externally or internally. He further asked if the child has orgasms, and the UC said it is hard for her to tell. ADAMS stated, "She probably doesn't know enough to tell you if she did. I'd love to see a little girl have an orgasm," and "Better yet I'd love to make a little girl orgasm." He asked to see what the UC and the child look like (photos were not

5

shared yet at this time), and stated that even though he was traveling to Orlando in February, he would travel to them sooner if they would have him.

13.     Still on August 8, 2025, the UC pointed out that ADAMS' Kik account appeared to be pretty new. He stated, "No. My old account got banned" and asked if the UC uses another messaging application in case they get banned so they can have "some sort of backup". At about 2:20pm, ADAMS provided his Snapchat username "Shaner1487". At about 2:23pm he stated he added the UC on Snapchat. At the same time, the UC received a friend request from that Snapchat username, which had a display name of "S A" and a visible birthdate of "September 8" (which law enforcement later determined is ADAMS's real birthdate). The UC accepted the friend request and received a Snapchat message at the same time "Shane from Kik". The UC responded and then continued their communications back on Kik.

14.     ADAMS stated that he would hate to lose contact with the UC, and "I was a week away from meeting a mom when my Kik got banned. No backup. I was crushed."

15.     On Saturday, August 9, 2025, at about 3:30pm, ADAMS sent the UC an anime or "loli" image of obscene material, depicting what appeared to be a clothed adult female sitting on a couch with a minor female sitting on her lap, nude from the waist down, while the adult female was digitally penetrating the child's vagina.

16.     On August 12, 2025, he asked if "the little princess was excited about school today." He then asked, "How often do you and her play" ("play" is common term used amongst those sexually interested in children, referencing the sexual abuse of children). The UC said it varies but she tries to play weekly. ADAMS asked if the child ever asks for it, and "just hearing her ask would be a huge turn on."

17.     On August 13, 2025, ADAMS stated his day would be better if he was with the UC, and that he hopefully will be some day. The UC said, "We shall see". ADAMS replied, "What can I do to improve my chances" and "I'll do anything to make it happen". The UC asked what next steps he would like to take that would make him feel comfortable. He stated maybe they could "start with some pics" and that maybe they can "voice chat sometime", suggesting to use the audio phone call feature on Snapchat before swapping actual phone numbers. He asked the UC if she would like to talk on the phone this evening. The UC asked if they could possibly talk on the phone the next day, to which he agreed.

18.     On August 14, 2025, ADAMS stated he wishes he was rich and could retire in Southeast Florida, and that he would be close to the UC. The UC said that he was "far as heck". He said, "I am but I'm not. It's only a 2 hr flight" to Orlando and asked the UC how far she lives from Orlando.

19.     On the same date, at about 10:09pm, the UC and ADAMS had an audio phone call via Snapchat that lasted about 41 minutes and 30 seconds. The phone call was audio-recorded.

20.     The phone call began with the UC and ADAMS exchanging pleasantries and having discussions about the weather. Several minutes into the phone call, ADAMS began asking questions about the UC's child, and then asked if the UC wanted to talk about what would happen with the child. The UC said "Sure" and asked what ADAMS was thinking. He responded, "I personally think it's super-hot…I mean I'm into that. I've never done anything, but it's always been a fantasy." ADAMS went on to state, "When you find someone that does it, I'm intrigued."

21.     The UC explained that it makes her nervous to discuss things, noting that she doesn't want to get into trouble. The UC also stated that most people are "just talk" and that sometimes she ends up getting ghosted, adding that she wants to "be careful." ADAMS responded

by stating it was part of the reason why he wanted to have a phone call because it's "more real than just texting." ADAMS went on to state he wanted to prove to the UC that he was not "just talk." Also, per ADAMS, by having the phone call, it proved that the UC was not law enforcement. ADAMS went on to state that he has been "turned on" by their conversations and was turned on while talking with the UC on the phone call.

22.     ADAMS told the UC that he wanted to see if "it could go further than just chat." ADAMS stated he was "definitely interested and hopefully I can earn your trust and see where it goes." The UC explained that it would come down to trust and them (the UC and ADAMS) feeling comfortable with one another. The UC advised ADAMS that at any point if he wasn't feeling comfortable or decided he wasn't "into it" to just let her know and it would be fine with her. ADAMS responded, "absolutely, that's a deal."

23.     ADAMS asked the UC, "What would ideally…like if we decide to meet like what kind of kind of situation…what would you like…how would you like it to go?" The UC pondered for a moment and stated that she hadn't spoken the words out loud before. ADAMS replied, "I imagine, it's a tough conversation to have." The UC asked if ADAMS has ever had spoken the words out loud previously. ADAMS responded by saying, "I've talked to one person on DM [direct message] before and I have spoken them out loud…so yeah." The UC asked if this was "the one" where he got banned before and ADAMS confirmed.

24.     The UC stated whatever the scenario that they (the UC and ADAMS) were to come up with regarding the child, that she (the UC) wanted to feel comfortable with it, noting that she did not want the child to experience pain or have a bad experience. ADAMS replied, "So I'm not into like the rough stuff…it's not like in my nature. Now I've had been with girls that like it and I would do it but it's not really who I am. I actually get pleasure from giving pleasure, so I would

8

want her the same to be…I would focus on her more than I would me for the majority of it… if that makes sense."

25.     The UC asked ADAMS if he knew what he would be doing so that he would not hurt the child. He replied, "I wouldn't be able to say one hundred percent yes, but I think that I would. Obviously, I would listen to her and also feel how her response is and see if it's hurting to stop." Adams continued, "All I can say is I will be as gentle as possible and I want her to feel good."

26.     ADAMS went on to explain that he's seen "videos" (referencing child sexual abuse material), so he can take "some leads" from the videos. ADAMS stated some of the videos are rough and noted he didn't like that, but explained he's also seen videos where they've "been gentle" and were being done the "right way".

27.     The UC asked ADAMS if there was anything that he didn't want to do.  Before ADAMS could respond, the UC interjected and stated, "maybe I should ask the opposite…is there something you definitely want to try?" ADAMS replied, "I guess first I would say oral both ways…um…me going down on her…um…and then if maybe she can try you know sucking my dick I guess…um. I guess I don't have any specific but maybe that's a good start, but I'll go as far as possible I guess". The UC acknowledged that things should "start slow."

28.     The UC followed up with "don't expect anything spectacular because she's never sucked a dick before."  ADAMS laughed and responded, "Of course not…I mean ideally, but not ideally, I would love if you wanted to teach her I guess too." The UC responded by stating that the only thing the child knows is "with the UC" highlighting that the child has "never been with a guy", adding it would be a "learning experience" for the child. ADAMS asked if the UC wanted to join in and have all three of them "do things" or "if she just wanted to watch". The UC stated

she wants to be present but doesn't want to take away from the child's "first time" and would rather "it" be about the child. ADAMS replied, "That's fair."

29.     ADAMS then asked the UC what she thought would be "possible." The UC referenced watching videos and pondered what would be reasonably possible without it being "too much" and making sure the child "still likes it". ADAMS replied, "Yes, of course." The UC replied, "I know you mentioned going as far as possible, I'm thinking maybe to a certain point…". ADAMS replied, "Right." The UC went on to state, "I don't know, maybe this is something where we need to test the waters and play it by ear." ADAMS replied, "Yeah, I honestly don't think full penetration all the way would work but…". The UC responded, "I don't know how big you are or if she could take all of you or just start with a little bit." ADAMS replied, "I'm average, nothing big, nothing small…I mean I'm just average, I'm not going to lie. In fact, I'll send you a pic of me if you want." The UC replied, "that's totally up to you." ADAMS responded by stating that if he sends the pic, it will help the UC know that he is for real.

30.     The UC asked if ADAMS would be okay with wearing a condom with the child, and he said "yeah." The UC advised that the child has not had her period yet, so she couldn't get pregnant but noted it would make the UC feel better in case ADAMS "had anything", referencing diseases. UC explained, "Thanks for not taking offense to that because it would be a little difficult to explain if something happened." ADAMS replied, "Oh yeah, for sure, you think? We'd both be in a lot of trouble."

31.     ADAMS asked the UC how far she has gone with the child and said, "You've mentioned fingers and licking…how far have you inserted fingers or anything I guess?" The UC responded that she hasn't inserted "full on toys", rather "just fingers." ADAMS replied, "Does she seem to like that?" The UC replied affirmatively, and that she is always loving and caring with the

10

child. ADAMS responded, "Right…I would not come just full force and just bam go in…believe me I will work it and be gentle and yeah, I know what you want and that's what I want too." The UC noted she liked the slow gentle approach with lots of lube. ADAMS responded, "Yeah, we'll definitely have to have that."

32.     The UC asked ADAMS if there was anything "unique" or "special" that he wanted to do. ADAMS replied, "No, nothing. I don't really have any pre-conceived I need to do this…um…is kissing alright?" The UC clarified if ADAMS said the word, "kissing," and ADAMS responded affirmatively. The UC replied by noting that it was probably best to start with kissing first. ADAMS responded, "Good…cause I like to kiss.

33.     During the call, ADAMS also asked if the child performs oral sex on the UC, asked if the child was good at it, and if the child has orgasms. The UC said that the child does perform oral sex but that she was unsure of the child was capable of having orgasms. ADAMS stated, "It would make my forever if I made her orgasm…I would love it." ADAMS later stated, "Mmmm…I mean even if I do it orally, I would love it…with maybe some little finger inside and I would lick her." ADAMS later continued,  "Yeah, I could make her cum like that, it would make my day."

34.     ADAMS advised the UC, "I want you to know that I'm really serious about this, I would love to make it happen. Obviously, it's on your timeline and how you feel comfortable." The UC acknowledged but noted if ADAMS wasn't comfortable to just tell the UC. ADAMS replied by stating he wouldn't have done this phone call if he wasn't serious.

35.     The UC asked ADAMS about his timeline, since they are states apart. ADAMS noted he could likely come down around the middle of October if the UC wanted him to. ADAMS followed up with stating he could probably come sooner if the UC wanted him to.  ADAMS noted that the middle of October would be the best for him due to his schedule. ADAMS continued

explaining to the UC that he gets a quarterly bonus in the middle of October, so that would help cover the expenses of the travel. He stated he would start looking at flights. They discussed where he would stay, the closest airports, and what airlines fly into the closest airport.

36.     As the conversation came to a close, the UC told ADAMS, "Thanks for offering up the phone call idea." ADAMS replied, "No problem, it proved to me you know… that you're real." ADAMS went on to note that they covered more in one phone call than they had in a week. ADAMS stated, "I didn't want to come off overbearing at first and you know, and oh let me … let's just talk sex about your daughter all the time. I tried to not do that." The UC acknowledged and stated she appreciated that, adding that sometimes people are "too much too fast." ADAMS went on to state that "Yeah, cause if I was just wanting to get off on it that's what I would have done that's not what I want. It's a real possibility and that's what I want to do."

37.     At the end of the phone call, the UC thanked him for the call and stated, "Thank you Shane." ADAMS replied, "You're welcome…is your name…is it really [UC's first name]?" The UC affirmed. ADAMS stated, "I wasn't sure if it was a fake name or not." The UC replied, "Is your name actually Shane?" ADAMS replied, "Yes, it is, one hundred percent." The phone call concluded at approximately 10:50pm.

38.     Just after the conclusion of the undercover Snapchat audio phone call, at about 10:51pm, via Kik, ADAMS sent the UC a live Kik photo[2] with the caption "This is me right now semi hard". The photo was zoomed in on a white adult male's erect penis. He then sent another

---

[2] When Kik users take and send a new photo or video using the camera within the Kik application rather than an old/already-existing photo or video, the Kik application adds the word "Camera" under the photo or video that the Kik user sent. If a Kik user receives a photo or video from someone and it says "Camera" underneath it, the Kik user knows that the photo or video was just taken in real time. Kik users often request live photos or videos from one another to prove that the other user is a "real" person.

photo (not live) and stated, "Another one I had in my phone". The photo was of an adult white male's erect penis.

39.     On August 17, 2025, ADAMS asked the UC for the name of her child (which the UC provided). The child will be referred to as Child1.

40.     On August 18, 2025, at about 1:08pm, ADAMS messaged the UC, "I've checked flights". The UC asked what he found. He stated, "I found it's a lot cheaper to fly into Ft Lauderdale than Palm Beach. Over have *[half]* the cost. Less than half the cost. How far away is that. It looked like only 40 miles with a bus that take you to Palm Beach". The UC told him it was about a one-hour drive. ADAMS replied, "I'm going to wait until you have decided you want me to come to book." The UC said, "How do you feel about it all? It's your decision too". He said, "I'd love to. Pending verification we are real of course" via "some sort of pics or maybe even a video call". Ultimately, they agreed on sending each other live photos for verification.

41.     At about 8:53pm, ADAMS sent the UC a live Kik video that was about three second long, depicting a white male from the waist down masturbating his erect penis. In the video, the male stated "I want to meet you and [Child1's first name]" while masturbating. ADAMS wrote, "I hope that is sufficient. I only sent dick because I don't think that's something a cop would do."

42.     At about 8:57pm, ADAMS sent another live Kik video and wrote "Figured I send one more. You can't fake that". The video was about ten seconds in length and depicted what appeared to be the same adult white male masturbating his penis while stating, "You're welcome. And I hope [Child1's first name] likes me. Cause I really want to meet her". They then began discussing possible dates for ADAMS to travel to Florida.

43.     ADAMS then asked the UC if she was nervous and stated that he was mostly nervous that she could be setting him up, and discussed being afraid of law enforcement. He asked if they could talk on the phone again soon to "squash those feelings" and address their concerns.

44.     They continued communications, and on Saturday August 23, 2025, just after 1pm, the UC sent ADAMS a photo of Child1 (face cropped out) lying in bed under blankets while on an iPad as she was "sick". ADAMS replied, "Aww. I wish I was there to help cuddle. I appreciate seeing her" and "It got me excited".

45.     At about 1:43pm, ADAMS sent a live Kik video and wrote "I need to shave but that's me. I don't know why I said [ex-wife's name]. Sorry. That's my exes [sic] name. Oops sorry [UC first name]". The video was about three seconds long and depicted the user's full face (ADAMS). It was of an adult white male who appeared to be in his 40s, bald, wearing eyeglasses, short facial hair, wearing a pink-ish shirt, sitting on a light-colored couch. The wall behind him appeared to be a white wall with dark lines and patterns on it. The male stated "Hello [ex-wife's name]. I hope [Child1's first name] feels better".

46.     The UC thanked him for the video and pointed out that he called her his ex's name. He replied, "Freudian slip I guess". At about 1:57pm, ADAMS sent the UC another live Kik video and wrote, "Better?" The video was about six seconds in length and depicted the same male (ADAMS) in front of the same wall, stating "Sorry about that [UC's first name]. Again, I hope [Child1's first name] feels better and you have a lovely day".

47.     At about 5:01pm, ADAMS said that he was excited to meet the UC and Child1 and asked if the UC checked on the date conflicts for the dates he suggested to travel to Florida. The UC asked if he had other dates in mind that would work for him, as she had conflicts for the dates

of September 19th and October 3rd. He said, "I'll make something work" and he would look at dates. The UC said "No rush". ADAMS replied that he was "just happy to have the opportunity".

48.     On Sunday August 24, 2025, at about 3:02pm, the UC and ADAMS had an audio phone call via Snapchat. The phone call was audio recorded and lasted just under 22 minutes.

49.     During their phone call, they discussed trust, and ADAMS brought up that he sent a live video of himself to the UC. The UC noted that he called her his ex's name. ADAMS explained that she was his ex-wife "from like 20-25 years ago". The UC said it was even stranger that he said her name since she was an ex from long ago. ADAMS replied, "I know, it is weird. Well, I guess it may be that um…she had a daughter that is…. what kind of like… that daughter is what kind of maybe got me to where I'm at right now, so I don't know if that's why, I have no idea." The UC asked if it was "fun" with the daughter. He stated that he did not "do anything" but that he would get "hard" when they played around. He added that this may have just taken him "back to that time". ADAMS said the ex-wife's daughter was around the same age as Child1 when he started to get "those thoughts".

50.     Still during the call, ADAMS asked the UC if Child1 knows anything about male anatomy or "watch videos or anything" since she has not done anything with a man yet. The UC said Child1 knows about penises, but that she has not shown videos to Child1 before. ADAMS said that it would be a good idea to show the Child1 videos so that "she kinda knows what to expect for, and yeah, this happens, and this is how it works." The UC agreed.

51.     The UC pondered out loud, "I don't' know what I should show her." ADAMS replied, "Right. I don't know if you want to um…I don't know either. Do you find things that are of a similar situation or do you…I mean I don't know if you've ever seen that." The UC clarified, "seen what?" ADAMS replied, "like porn of this nature?" The UC responded, "oh, like her age?"

ADAMS replied, "yeah." The UC affirmatively responded, noting she has watched it on Kik (referencing watching child sexual abuse material or CSAM). The UC asked ADAMS, "have you?" ADAMS replied, "Oh yeah. Not so much on Kik" and explained that he didn't think that Kik was the safest place for that, noting that he tries not to send anything on Kik. The UC asked, "why?" ADAMS replied that he has heard of people getting their accounts banned, noting his account has also been banned. The UC replied, "that's probably why mine (her account) has been banned before." ADAMS replied, "oh, I've had like 10 accounts banned."

52.     The UC noted that it (child pornography or CSAM) has been harder for her to find on Kik lately anyway. ADAMS replied, "I think people are catching onto that, cause I used to be able to share Mega …you know Mega links and stuff," noting it was hard to even share Mega link now. ADAMS went on to explain that a link just can't be sent, and explained that spaces have to be put in between the links as well as other things, so it "fools the system because their AI catches it."

53.     ADAMS stated that he is in some groups and other applications for CSAM. He stated that he has Signal, JusTalk, and Zangi for it (all are mobile messaging applications). He stated the most active group (for CSAM) is on JusTalk but it has "died down a little bit". ADAMS said he could add the UC into the chatrooms if she joins the applications. He also said, "I have some things in that group on there that you know, like I can share with you there if you wanted to show her" (referencing CSAM and showing it to Child1). The UC asked for clarity on which app ADAMS was referring to and he replied, "I have all three with stuff on it." He told the UC to tell him when she makes an account, and explained that these applications "were safer than Kik", noting he has never been banned from any of them and "stuff is shared there all the time."

54.     The UC then asked, "Ok, cool, so then what do you think I should show her?" ADAMS replied, "It's up to you, I don't know, I definitely would show her one with a guy and a maybe a girl around her age or something. And I don't know if I definitely…but I would say that might be uhh one. I don't know. It's up to you I'd guess." The UC replied, "Yeah. I mean, I guess it would make it look more like normal or whatever." ADAMS replied, "Right. Yeah, I just thought that might help if when the time comes."

55.     ADAMS requested the UC send a live picture if her and Child1, and stated he would work on his dates for travel to Florida. They discussed more details about the travel logistics and concluded the call.

56.     After the phone call, they resumed communications via the Kik application. At about 3:39pm, the UC provided ADAMS with her Signal username. Signal is an encrypted mobile messaging application. ADAMS replied that he added her on Signal. At about 3:43pm, the UC received a private message on Signal from user "S A" stating "Hello. It's Shane". The UC responded with her first name and Child1's first name. ADAMS replied that he will "send some after you send the live pic of you two. It will help me find some closer to her age" (he was referencing sending child sexual abuse material or "CSAM" to the UC, per their phone call they just had via Snapchat).

57.     At about 4:11pm, via the Kik application, the UC sent ADAMS a photo of her and Child1, stating they were about to go to the doctor for Child1. In the photo, the UC was standing up with the notional child sitting on the couch behind her. The UC told ADAMS not to send the photo to anyone. ADAMS replied, "Beautiful ladies. I promise I would never. My eyes only. You can trust me".

58.     At about 4:14pm, still on Kik, ADAMS sent the UC a live Kik video of himself, full face depicted. It appeared he was sitting on the same couch in front of the same wall seen before. The video was about seven seconds in length and in the video, ADAMS stated, "Don't worry [UC's first name], you can trust me and you two are beautiful ladies. Good luck at the doctor".

59.     The UC asked ADAMS where he wanted to keep texting. He stated that Signal might "be safer". He proceeded to send the UC screenshots of his Internet searches, explaining Signal's end-to-end encryption versus Kik storing information on their servers. He stated that he was just being "cautious", and that Kik "could have an algorithm that picks up on key words or phrases. And then they look for closely."

60.     At about 4:21pm, on the Signal application in their private messages, ADAMS sent the UC twenty-five (25) videos and said "That is a group of some. They had to be sent together. Some may not be what you're looking for". Twenty-three (23) of the videos were child sexual abuse material (CSAM), the majority of them depicting prepubescent children with some of the videos being five minutes long.

61.     For example, one of the videos of CSAM was about five minutes in length and depicted a nude pubescent female who appeared to be between four to five years old. The toddler was wearing a pink masquerade-type of eye mask, was on her hands and knees on a bed, while an adult white male (who was nude from the waist down) was penetrating the child from behind with his penis. The adult male continued to penetrate the child in different positions throughout the video.

62.     For example, another one of those CSAM videos that he distributed to the UC was about one minute and fifteen seconds in length and depicted a fully nude female toddler who

appeared to be around three years old. She was lying on her back as an adult white male continued to penetrate the child's anus with his erect penis and also rubbed his penis on the child's vagina.

63.     Still on Signal, at 4:28pm, ADAMS distributed one more video of CSAM to the UC. At about 4:44pm, he distributed one more video of CSAM to the UC. ADAMS wrote, "I hope you and her enjoy them. I can't wait to see more of her and do some of this."

64.     At 5:15pm on the Kik application, ADAMS messaged the UC stating, "I hope you **trust** me now. I just broke the law by sending that".

65.     ADAMS and the UC continued their communications. On August 26, 2025, at about 9:48pm on the Kik application, ADAMS asked the UC if she looked at any of the videos yet (referencing the CSAM videos he sent her). The UC said she was planning to, and that she still had to download the other applications he told her about. The UC asked what his favorite kind of videos were, and if he had a preference. ADAMS replied, "Anytime the mom is involved it's so hot. Even if she just there". The UC asked if he had a favorite age or preference, to which he replied "7-1 I think. I'm open to any, but that's my sweet spot I think." He also added that he would "take teens".

66.     He then said he just sent the UC "another one. It has mom with brother and sister. And I sent a solo one around [Child1's first name] age. I like them to enjoy it too." At the same time, at about 9:57pm on the Signal application, ADAMS sent two videos of CSAM to the UC. For example, the first video was approximately four minutes and fifty-nine seconds in length and depicted an adult female, a prepubescent female, and a prepubescent boy. The boy was standing up, fully nude, while the female child was sitting down, clothed, performing oral sex on the boy while the adult female sat behind her. The adult female then removed all of the female child's

clothing until she was fully nude. The adult female and the female child then took turns performing oral sex on the boy.

67.     The next day on August 27, 2025 at about 8:17am, on the Kik application, ADAMS asked the UC if she had a favorite video in particular. The UC said, "Maybe not one specific exact one but I like the little ones having sex". ADAMS said, "Nice" and "Do you want that for [Child1's first name]. The UC said if it was a trustworthy person who would be good to the child, then yes. ADAMS sent the UC an emoji of a male raising one of his hands in the air.

68.     On August 28, 2025, the UC told ADAMS that she showed Child1 some of the videos last night. ADAMS asked how it went. The UC said it went pretty good, and Child1 was curious and asked questions. ADAMS said he wanted to hear all about it. The UC said Child1 asked about what the guys or boys were doing with the girls, so the UC compared it to the things she and Child1 do, and they talked about love and feeling good. ADAMS said, "Nice. Did you mention or feel her out about if she would like to try? Or anything to that effect?" The UC said she asked if Child1 likes to feel good and if she likes boys, to both of which the child said yes. ADAMS said it was a "good start" and asked if the UC made the child "feel good afterwards". The UC said she did. ADAMS said he would love to see that.

69.     ADAMS asked what they did, and the UC said "lots of licking her and touching." ADAMS said that he really wants to lick the child, and then asked which videos the UC showed Child1. The UC said that she showed Child1 a couple of videos with "full blown sex" and skimmed through a few others. ADAMS asked if the UC showed the child "any blow job ones?" The UC said she did not and asked if she should. ADAMS replied, "I think I would like to try that with her if she and you are ok with it. If you show her some vids she might do it naturally".

70.     On August 29, 2025 at about 8:46am, ADAMS messaged the UC on Kik and asked if she showed Child1 the "bj vids". The UC said she did, and he asked how it went. The UC said at first, Child1 didn't understand it and asked why they were doing that in the videos, but that the UC explained it was the same thing as when she and Child1 lick each other and feel good. The UC said at that point, the child understood. ADAMS said he was glad the child understood, and asked if the child seemed disgusted. The UC said no. ADAMS replied, "Good. I cant wait to try it with her."

71.     ADAMS further stated that he would be looking at flights more closely today, and asked if the UC had a weekend she preferred. The UC said that he did not have to, and ADAMS said, "You know I want to. I just have to make a decision and do it." He then asked the UC to provide him with affordable hotels in the area that are close to her, and provided her with his budget for a hotel.

72.     On the same date, at about 12:40pm, ADAMS messaged the UC on Signal stating that his Kik account was not working, and asked for her Kik account so that he can add her again. At this time, the UC realized that she could no longer message his Kik account. It appeared to have likely been banned from the Kik application. The UC provided him with her Kik username again. ADAMS said that he was in a "sketchy group" on Kik. The UC asked which group he was talking about, and he gave her the name of the Kik chatroom that he initially found the UC in on August 7, 2025. At about 2:27pm, ADAMS said he messaged the UC on Kik.

73.     At the same time, August 29, 2025 at 2:27pm, ADAMS messaged the UC on Kik from his new Kik account "here4fun1414". The profile photo was of the same Ohio State football profile photo from ADAM's Kik account "sitterlooking". The Kik application indicated that this new account was active for one day. ADAMS wrote, "Hey it's Shane." They resumed their

communications on Kik with his new Kik account. ADAMS said he was glad he did not lose the UC and would have been devastated if he did.

74.     On August 30, 2025, at about 10:14am, still on the Kik application, ADAMS sent the UC a live Kik photo of himself and wrote "Big Ohio State game today." The photo depicted ADAMS sitting at a bar with an Ohio State football jersey on. He also sent the UC a photo of his Ohio State football shoes he had on.

75.     On August 31, 2025, at about 12:03pm, ADAMS sent the UC a live Kik photo of himself and wrote, "I'm golfing". He was sitting in what appeared to be a golf cart on a golf course, with golf clubs behind him in the cart.

76.     The UC told him that she was sick, and while not doing anything, that she was trying to figure out how to use the Zangi and Signal applications that he told her about. She told him that she did not know how to find the chatrooms, and told him that he told her previously he was in chatrooms on them. ADAMS said that she needed to be invited into the groups, and that it was not like Kik.

77.     ADAMS said he would invite the UC to the groups, that they were "kinda dead right now" and asked if the UC was looking for videos. The UC said, "Yeah or rooms for stuff that you and I like you know". He told her that the JusTalk application was the most active one right now, but that she would have to distribute videos in the JusTalk groups once she enters. He told her to just "send some I sent you".

78.     ADAMS then added the UC into a chatroom on Signal named "FULL CP". However, there was no activity in the chatroom. He also added the UC into a Signal chatroom named "Peegle love". There was not much activity in this chatroom.

79. On September 2, 2025, while chatting on Kik about the UC getting better since she had been sick, at about 12:13pm ADAMS said, "I'm sure you didn't get a chance to look at hotels. I just need a narrowed down region to look". Within the hour, the UC sent him three screenshots of three different hotels in the area in Palm Beach county that were within his budget he requested. He replied, "Perfect".

80. At about 8:43pm, ADAMS said that he added the UC on a group in Signal and "they share videos. Up to you if you want to look". He said that it was "busy. It's died down now. Its new. It will probably pick up".

81. At that time, ADAMS added the UC into a Signal chatroom named P.P.G. [this is still an active chatroom with users under investigation, therefore the name of this chatroom has been redacted to preserve the integrity of those investigations]. The UC observed that ADAMS was a member of the chatroom, along with over 170 additional members at the time of joining. As of September 9, 2025, there are about 323 members in the chatroom. The UC observed that members were, and still are, distributing CSAM and requesting CSAM, to include of prepubescent children.

82. A few minutes after ADAMS added the UC into this chatroom, the UC observed ADAM distribute one video of CSAM into the chatroom at about 8:48pm. The video was about fifty-three seconds in length and depicted a white prepubescent female laying on a bed, nude from the waist down, inserting a sex toy into her vagina. A few minutes later, a user asked ADAMS if he had the "full vid cuz it was 6 mins", referencing a video ADAMS distributed prior to her joining the chatroom.

83. On Kik at about 10:10pm, ADAMS said that September was probably out of the question to fly to Florida because he had a family birthday every other week to include his. The

UC said, "No worries no big deal. When do u want to then? If u even do". ADAMS replied, "I absolutely do. I want nothing more. Sometime in October" and asked if the UC still wanted him to visit. The UC said, "Only if ur serious. Like honestly if ur just wanting a phone friend id rather u tell me that too lol I dont wanna be strung along". ADAMS said, "I am serious. I don't just want a phone friend. I truly want to. I would have been there this weekend if your schedule allowed it. I don't want you to think I'm stringing you along. Because I'm not". They continued to talk through possible dates. In discussing his schedule, ADAMS said that his birthday is Monday September 8 (confirmed by law enforcement as ADAMS's real birthday).

84.     On September 3, 2025, at about 7:49am, ADAMS messaged the UC on Kik, and ADAMS and the UC continued to discuss possible dates to meet and flights for ADAMS. The UC told him, "If all of it ends up being too much for ya then just scratch the whole thing". ADAMS replied, "I'm not scratching the whole thing. If anything it will be another weekend. This is happening. I really want to meet you."

85.     Between 4:12pm and 4:15pm, ADAMS distributed five videos of CSAM in the P.P.G. chatroom on Signal. The first video was about one minute and forty-nine seconds and depicted a fully nude prepubescent female performing oral sex on an adult white male.

86.     The remaining four videos of CSAM appeared to be of one victim in all four videos. The victim appears to be a prepubescent female under the age of eight. The first video in this four-video series was about five minutes in length and showed the prepubescent female wearing a purple and green eye mask, nude from the waist down, performing oral sex on a nude adult white male. The male then masturbated his penis as the child exposed her vagina and rectal rea to him. The adult male then placed his penis back in the child's mouth and held her head onto his penis with his hands. The male then rubbed his penis on the child's anus. The male then ejaculated on

the child's face. The second video was just over five minutes in length and depicted what appeared to be the same child wearing a yellow eye mask, performing oral sex on the nude adult male. The third video was about seven minutes and twelves seconds in length and depicts what appears to be the same prepubescent female, nude from the waist down, laying down on a bed. The child starts with rubbing a vibrator on her vagina. A fully nude adult white male then places his penis in her mouth and holds her head as he continues to thrust in her mouth as she uses the vibrator on herself. About five minutes into the video, the male lays on his back and places the child on her back on top of his stomach. The adult male continuously attempted to place his penis inside of the child's anus. He then held the child on him as he masturbated his penis and ejaculated on the child's vagina. The fourth video depicts what appears to be the same child, nude from the waist down, wearing a purple/green eye mask, masturbating the adult male's erect penis as he laid down fully nude. The child also performs oral sex on the adult male throughout the video.

      87.    At about 4:32pm, ADAMS distributed one video of CSAM in the P.P.G. chatroom. The video was about one minute and thirty-three seconds in length and depicted a darker-skinned prepubescent female nude from the waist down, wearing a purple Disney princess Frozen t-shirt. A nude adult male was penetrating the child's anus while she was in the "reverse cowgirl" position. At the end of the video, the child performs oral sex on the adult male.

      88.    At about 7:00pm, in the P.P.G. chatroom, a user stated that their videos were deleted from Telegram. At about 7:02pm, ADAMS distributed the same five videos of CSAM into the chatroom, the videos just described above that he distributed between 4:12pm and 4:15pm. At about 7:30pm, ADAMS distributed three more videos of CSAM into the P.P.G. chatroom, all involving prepubescent children.

89.     At about 6:10pm, ADAMS messaged the UC on Kik, "Was October 3rd the weekend you couldn't do it?" The UC said yes, and he replied, "Well was ready to book the flights for that weekend. I'll keep checking". He then asked, "What about the 10th of October". The UC told him that she was unavailable during the first two weeks in October.

90.     At 7:26pm, ADAMS replied, "I'm glad you said something quickly" and send the UC two screenshots. One of the screenshots had a bar on the top stating 'Purchase." It showed he was on step 3 of 4 for the purchase. The screenshot said "Almost there! Please review the details below to ensure all information is complete and accurate." It showed the Passenger was listed as "Shane Adams." The Trip Summary showed "Fri, Oct 10, 2025. CMH to FLL. Depart 3:45pm, Arrive 6:15pm. 1 passenger total, $153.48." Note that CMH is the airport code for John Glenn Columbus International Airport in Columbus, Ohio, the location of ADAMS's known residence. ADAMS said, "I was getting ready to book lol since there was only 2 seats left.".

91.     ADAMS and the UC continued to work on possible dates. ADAMS said, "I really do want to meet you. I feel like you think I've been stringing you along." The UC said for him to let her know.

92.     After some other conversation, ADAMS said, "it would be amazing if [Child1 first name] was like the girl in the mask. At 10:09pm he said, "You should show her the vids". The UC asked which ones, and he said, "The girl in the mask" and "Or the other". The UC said she could show it to the child, and that "the girl in the mask had a couple of vids too". He replied, "She had 4 I think". The UC said she could show it to the child, and asked what she should tell Child1. ADAMS said, "Have you told her you are bringing a guy"? The UC said she has not yet, and said she was afraid of telling the child and him not ending up coming. ADAMS replied, "I'm coming. It just depends on when. I also like the girl with her mom and a guy in red underwear. That's not

her best video. I've seen a few from her" (referencing a CSAM video a different user distributed in the chatroom on the same date at about 12:25pm). ADAMS said, "I love the ones with the moms. Even if they don't do anything."

93.     The UC said if he wanted her to and felt comfortable with it, she could tell Child1 that she is bringing a guy, like he suggested. He said, "I am." He then said, "This might be pushing it, but can I hear you tell her," as it would make him feel "100% comfortable". The UC refused to do so. He apologized and said he was fine with the UC telling the child on her own. He said if the UC still wants to meet, she should tell Child1. He reiterated to the UC, "I want it to happen and if you do it will, but that doesn't mean I'm not nervous." He told the UC that if she was available on the first week of October, he would have booked it tonight, and "I really am serious".

94.     ADAMS told the UC to go back to watching "hot sexy videos" and to let him know how Child1 responds to the videos. At 10:45pm, he said, "Maybe tell her that you're going to have man come over to do things like that with her." The UC agreed to do so, and ADAMS said to let him know how she takes it.

95.     About five minutes later, ADAMS said "I'm watching the masked girl again. I won't be that forceful with her unless you think I should" and "I want [Child1's first name] to love it." ADAMS added, "The one he is holding her head and fucking her face balls deep. We can work up to that if she is good. Would you like to see that"? The UC said it would be so hot. ADAMS said "We will see if she can. Would you like cum on her face?" The UC said they can try that, but maybe not for the very first one. ADAMS agreed.

96.     On Friday September 5, 2025, during the day, ADAMS said he was very busy at work because his employer was hacked and their system was down, so he had to inventory their items manually and do everything the "old fashioned way". He said that although he was really

busy, he was still around. After this conversation, the UC did not receive further communication for ADAMS.

97.     After not receiving further communications from ADAMS on September 5 or through the rest of the weekend, on Monday September 8, 2025, HSI West Palm Beach learned that Shane ADAMS was arrested on September 5, 2025 for a Texas state arrest warrant for distribution of child pornography.

98.     ADAMS is currently in custody at the Franklin County, Ohio Jail. His mugshot photo from the arrest clearly depicts the same male seen in the live Kik photos and videos that ADAMS sent of himself to the HSI West Palm Beach UC throughout their communications.

99.     On or about August 15, 2025, HSI West Palm Beach issued a subpoena to Kik for subscriber records for username "sitterlooking". Kik provided records revealing the account was created on July 26, 2025 at about 15:44:27 UTC, with a confirmed email address of sda9876@protonmail.com and a birthdate of "January 2, 0001". The account was being accessed with an iPhone device, and an IP address activity log was provided to HSI.

100.     On or about August 16, 2025, HSI West Palm Beach issued a subpoena to Snapchat for subscriber records for username "Shaner1487". Snapchat provided records revealing the account was created on October 22, 2013 at 20:02:17 UTC, had a verified email address of sda1487@aol.com, a display name of "S A", and a verified phone number of ***-***-1365. The account was being accessed with an iPhone, and an IP activity log was provided to HSI.

101.     On or about August 27, 2025, HSI West Palm Beach issued a subpoena to T-Mobile for subscriber records for phone number ***-***-1365. Records are pending.

102.     On or about September 2, 2025, HSI West Palm Beach issued a subpoena to Kik for subscriber records for username "here4fun1414". Kik provided records revealing the account

was created on August 29, 2025 at about 12:18:49 UTC, with a confirmed email address of sda9876@protonmail.com. The account was being accessed with an iPhone device, and an IP activity log was provided to HSI.

103.     On or about September 5, 2025, HSI West Palm Beach issued a subpoena to Yahoo/AOL for subscriber records for email account sda1487@aol.com. Yahoo/AOL provided records revealing the email account was active, it was created on February 1, 2004, full name of "Shane Adams", zip code "43081", country "US", and a phone number of ***-***-1365 which was verified on October 25, 2024. An IP activity log was also provided to HSI.

104.     HSI West Palm Beach searched Shane ADAMS on the online public Ohio Sex Offender Registry website and found that Shane David ADAMS, is a registered sex offender in Ohio. He is listed as a "Tier II Sex Offender", Registration number 1867780. A photo of ADAMS was also included, which clearly depicts the same male in the live Kik photos and videos that were sent to the HSI West Palm Beach undercover agent. The sex offender registry shows that on October 23, 2013, he was convicted in Ohio of 2907-04-A – Sexual Conduct with a Minor, and released from prison on October 7, 2015.

## CONCLUSION

105.     Based on the foregoing, I respectfully submit there is probable cause to believe that Shane David **ADAMS** (a.k.a. 'sitterlooking', a.k.a. 'here4fun1414', a.k.a. 'Shaner1487', a.k.a. 'S A') violated 18 U.S.C. § 2252A(a)(2) (distribution of child pornography after a previous

conviction) and 18 U.S.C. § 2422(b) (attempted enticement of a minor to engage in illicit sexual activity).

Respectfully submitted,

AISHA A RAHMAN
Digitally signed by AISHA A RAHMAN
Date: 2025.09.10 17:04:39 -04'00'

AISHA RAHMAN
Special Agent
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1. on September  10th  , 2025.

THE HONORABLE WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**:  SHANE DAVID ADAMS

**Case No**: 25-mj-8501-WM

Count #: 1

Distribution of child pornography after a previous conviction

18 U.S.C. § 2252A(a)(2) and (b)(1)
**\* Max. Term of Imprisonment:** 40 years
**\* Mandatory Min. Term of Imprisonment (if applicable):** 15 years
**\* Max. Supervised Release:** Life (mandatory minimum term of 5 years)
**\* Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #: 2

Attempted enticement of a minor to engage in criminal sexual activity

18 U.S.C. § 2422(b)
**\* Max. Term of Imprisonment:** Life
**\* Mandatory Min. Term of Imprisonment (if applicable):** 10 years
**\* Max. Supervised Release:** Life (mandatory minimum term of 5 years)
**\* Max. Fine:** $250,000 fine and a $5,000 special assessment

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include**
**restitution, special assessments, parole terms, or forfeitures that may be applicable.**